# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALEXANDER REENTS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MEDGUARD ALERT, INC.**<br><br>*Defendant.* | Case No. 24-cv-7156 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a notice of dismissal within 30 days.

Dated: October 6, 2024          PLAINTIFF,


                               */s/ Anthony Paronich*
                               Anthony Paronich
                               Email: anthony@paronichlaw.com
                               PARONICH LAW, P.C.
                               350 Lincoln Street, Suite 2400
                               Hingham, MA 02043
                               Telephone: (617) 485-0018
                               Facsimile: (508) 318-8100