IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALEXANDER REENTS,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **MEDGUARD ALERT, INC.** *Defendant.* | Case No. 24-cv-7156 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

RESPECTFULLY SUBMITTED AND DATED this November 6, 2024.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*/s/ Peter S. Morse*
**THE MORSE LAW FIRM, LLC**
Peter C. Morse (ARDC No. 6181070)
1525 Meadowland Drive
Naperville, Illinois 60540
630-877-1299 (main)
peter@pmorselaw.com
*Attorney for Defendant*